UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
YAEL WEINSTOCK-SHEMESH,  :
     Plaintiff,  :
 :   21 Civ. 3655 (LGS)
 -against-  :
 :   ORDER
BANK HAPOALIM, B.M.,  :
     Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, the initial pretrial conference in this matter is scheduled for July 1, 2021. Dkt. No. 6.

 WHEREAS, on June 24, 2021, Plaintiff filed a request to adjourn the initial conference due to a personal conflict. Dkt. No. 10.

 WHEREAS, on June 25, 2021, the parties filed a joint letter and proposed case management plan. Dkt. No. 11.

 WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. *See* Dkt. No. 11. It is hereby

 **ORDERED** that the July 1, 2021, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. A Civil Case Management Plan and Scheduling Order will issue separately. It is further

 **ORDERED** that Plaintiff's request for adjournment is **DENIED** as moot.

 The Clerk of Court is respectfully directed to close the motion at Docket No. 10.

Dated: June 25, 2021
   New York, New York

                  _____
                  **LORNA G. SCHOFIELD**
                 **UNITED STATES DISTRICT JUDGE**