# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

September 14, 2021

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Weinstock-Shemesh v. Bank Hapoalim, B.M.*, Case No. 1:21-cv-03655-LGS

Your Honor:

    I am the attorney for Plaintiff Yael Weinstock-Shemesh and write jointly with counsel for Defendant Bank Hapoalim B.M., to request a brief, one week extension of the date for the parties to submit an ESI protocol, currently September 16, 2021.

    The basis for this request is that the parties have recently restarted settlement negotiations and believe that it would be in the interest of achieving a settlement for the parties to focus their efforts on negotiations. In addition, counsel for Defendant reports that the additional time is needed due to the intervening Jewish holidays.

    There have been no prior requests for an extension of this date.

    Thank you for your attention to this matter.

                          Very truly yours,

                          /s

                        Jason L. Solotaroff

cc:    Evandro Gigante, Esq.
       Jonathan Gartner, Esq.
       Counsel for Defendant

Application **GRANTED**. By **September 23, 2021**, the parties shall file an agreed-upon ESI protocol, with a letter identifying any issues on which they cannot agree and their respective positions. No further extensions will be granted absent extraordinary circumstances.

Dated:  September 16, 2021
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

90 Broad Street 10th Floor | New York, New York 10004