UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAEL WEINSTOCK-SHEMESH,                :
                         Plaintiff,   :
                                         :       21 Civ. 3655 (LGS)
         -against-        :
                                         :       ORDER
BANK HAPOALIM, B.M.,                       :
                       Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Memo Endorsement dated September 10, 2021, a status letter is due on October 7, 2021, and every thirty (30) days until the close of fact discovery. (Dkt. No. 19.)

      WHEREAS, no such status letter was filed on October 7, 2021.  It is hereby

      **ORDERED** that by **October 12, 2021**, the parties shall file a joint status letter.

Dated: October 8, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE