# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

December 21, 2021

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**. The parties' time to restore this action to the Court's calendar is extended to **January 21, 2022**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 30.

Dated: December 22, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Weinstock-Shemesh v. Bank Hapoalim, B.M.*, Case No. 1:21-cv-03655-LGS

Your Honor:

I am the attorney for Plaintiff Yael Weinstock-Shemesh and write to request that the Court extend for an additional 30 days the deadline, currently tomorrow, December 22, 2021, for the parties to request that the case be restored to the calendar. The parties continue to make progress toward a settlement but have not yet reached a final agreement due mainly to issues relating to Israeli law that need to be resolved. The partied anticipate reaching a final settlement but there remains a possibility that their negotiations will break down and the case may need to be restored to the calendar.

Counsel for the Defendant Bank Hapoalim, B.M. consents to this request.

Thank you for your attention to this matter. If the Court has additional questions, counsel is available at the Court's convenience.

Very truly yours,

/s

Jason L. Solotaroff

cc:   Evandro Gigante, Esq.
      Jonathan Gartner, Esq.
      Counsel for Defendant