# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

January 20, 2022

**BY ECF**
Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**.  The parties' time to restore the action is extended to **February 22, 2022**.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 32.

Dated:  January 20, 2022
        New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

      Re:   *Weinstock-Shemesh v. Bank Hapoalim, B.M.*, Case No. 1:21-cv-03655-LGS

Your Honor:

     I am the attorney for Plaintiff Yael Weinstock-Shemesh and write to request that the Court extend for an additional 30 days the deadline, currently tomorrow, January 21, 2022, for the parties to request that the case be restored to the calendar. The parties have now reached a settlement on all issues but have not yet completed negotiations on a final settlement agreement. The parties anticipate reaching a final settlement but in the remote likelihood that negotiations break down, the case may need to be restored to the calendar.

     Counsel for the Defendant Bank Hapoalim, B.M. consents to this request.

     Thank you for your attention to this matter. If the Court has additional questions, counsel is available at the Court's convenience.

                                            Very truly yours,

                                            /s

                                            Jason L. Solotaroff

cc:   Evandro Gigante, Esq.
      Jonathan Gartner, Esq.
      Counsel for Defendant